UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Roger Cleo Martin,<br>  Plaintiff,<br><br>-v-<br><br>Cheryl Simpson & Shannon Stone,<br>  Defendants. | No. 1:16-cv-1314<br><br>HONORABLE PAUL L. MALONEY |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 9, 2016 Plaintiff Roger Martin filed this suit under 42 U.S.C. § 1983, claiming that the conditions of his confinement at the Osceola County Jail violated his Eighth Amendment rights. After protracted discovery and motion practice, the magistrate judge issued a Report and Recommendation, concluding that summary judgment was warranted as to the claims against all three Defendants (Russ Wayne, Cheryl Simpson, and Shannon Stone). (ECF No. 111.) After the R & R issued, Plaintiff settled his claims with Defendant Wayne, and he was thus dismissed from the action.

Despite the magistrate judge's recommendation that Defendants Simpson and Stone be dismissed, they filed objections to the Report and Recommendation to preserve their other arguments that the magistrate judge did not reach. (ECF Nos. 114; 115). However, Plaintiff Martin has not filed any objections to the R & R.

Accordingly, having received no objections to the conclusion that summary judgment is warranted as to both Simpson and Stone, the R & R is thus **ADOPTED** as the Opinion

of the Court, the motions for summary judgment (ECF Nos. 83; 86) are **GRANTED**, and Plaintiff's Amended Complaint (ECF No. 44) is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

**JUDGMENT TO FOLLOW.**

**Date:** June 26, 2019 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge