UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Roger Cleo Martin, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1:16-cv-1314 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| Cheryl Simpson & Shannon Stone, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

In accordance with the Order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: June 26, 2019 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge